

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2023
```


MEMO ENDORSED

March 6, 2023

**VIA ECF**
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      RE:      <u>Bouderau v. McCarthy, Dkt No.: 20-cv-4384 (NSR) (PED)</u>

Dear Judge Román:

      This firm represents Defendant Duncan McCarthy in the above-referenced action. Pursuant to Your Honor's Individual Practices Rule 1.E., we write to request a three-week extension for the time to serve Defendant's motion for summary judgment from March 9, 2023 to March 30, 2023. This is the first request for an extension and is made because the undersigned has been dealing with a medical issue for the past three weeks which is anticipated to be resolved this week or next. We have communicated with Plaintiff's counsel who consents to the extension.

      Accordingly, we respectfully request that Defendant's motion for summary judgment be served on March 30, 2023, with Defendant's opposition being served on May 1, 2023 and Plaintiff's reply being served on May 16, 2023 with all papers being filed on that date.

      Thank you for your attention to this matter.

The Defendant's request for an extension to serve his motion for summary judgment is GRANTED. Defendant is directed to serve (not file) his opening papers on or before March 30, 2023. Plaintiff is directed to serve (not file) opposition papers on or before May 1, 2023. Defendant is directed to serve reply papers on May 16, 2023. The parties are directed to file their papers on ECF on the reply date, May 16, 2023. The parties are also directed to mail two courtesy copies to chambers and one electronic copy as the papers are served.

The Clerk of the Court is directed to terminate the motion at ECF No. 41.

Respectfully submitted,

Barry Kazan

Dated: March 6, 2023
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Barry M. Kazan**
Mintz & Gold LLP
600 Third Avenue, 25th Floor, New York, NY 10016

O 212.696.4848 | F 212.696.1231
kazan@mintzandgold.com