# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

RAYMOND BOUDERAU,

                Plaintiff,                20 **CIVIL** 4384 (NSR) (PED)

    -against-                        **JUDGMENT**

DUNCAN MCCARTHY,

                Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 24, 2024 and Stipulation of Voluntary dismissal dated June 20, 2024, Defendant's motion for summary judgment is GRANTED in its entirety. Plaintiff's complaint is DISMISSED. Judgment is entered against Bouderau and in favor of McCarthy; accordingly, the case is closed.

**Dated:** New York, New York
        June 20, 2024

                                                                 **DANIEL ORTIZ**
                                                                **Acting Clerk of Court**

                                     **BY:**

                                                                **Deputy Clerk**